# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> vs. <br><br> AUSTAL USA, LLC, and HKA ENTERPRISES, INC. d/b/a HKA STAFFING SOLUTIONS, <br><br> Defendant. | CIVIL ACTION NO. 17-0176-CG-B |

## FINAL JUDGMENT BY CONSENT

The Plaintiff and Defendant HKA Enterprises, Inc. having entered into an agreement for entry of consent judgment against HKA Enterprises, Inc., the executed Consent Judgment and Order (Doc. 21) is adopted by the Court as final judgment against HKA Enterprises, Inc.

**DONE and ORDERED** this 11th day of October, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE