IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  CIVIL ACTION NO. 17-176-CG-B ) |
| AUSTAL USA, LLC, et al., | ) ) |
| Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal with Prejudice on March 23, 2018 (Doc. 39),[1] it is **ORDERED** that this matter be and is hereby **DISMISSED with prejudice**. Each party shall bear his or its own costs.

**DONE** and **ORDERED** this 3rd day of April, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's counsel filed a Notice of Endorsement (Doc. 40) in compliance with Section II(C)(3) of the Court's Administrative Procedures for Filing, Signing, and Verifying Pleadings and Documents by Electronic Means.